FRANCES HYMAN, ET AL. v. TEANECK BOARD OF EDUCATION.

June 27, 1986.

Petition for certification denied.

CHARLENE KNIGHTON v. SELECTED RISKS
INSURANCE COMPANY.

June 27, 1986.

Petition for certification denied.

A & N REALTY AND KATHY WILSON v. NEW JERSEY
INSURANCE UNDERWRITING ASSOCIATION.

June 27, 1986.

Petition for certification denied.

MAXINE L. MASTROPIETRO v. ROBERT ALAN
MASTROPIETRO.

June 27, 1986.

Petition for certification denied.